# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

DEEP SEA FINANCING, L.L.C., )
                                                )
    Plaintiff, )
                                                )
v. ) Case No. CV409-022
                                                )
BRITISH MARINE LUXEMBOURG, )
S.A., )
                                                )
    Defendant. )

## **ORDER**

Defendant British Marine Luxembourg, S.A. ("BML") moves to strike plaintiff Deep Sea Financing, LLC's ("DSF") expert on Mexican law, Carlos A. Ryerson, contending that his expert witness report is inadequate under Fed. R. Civ. P. 26(a)(2)(B). (Doc. 161.) DSF notes that it relied upon Ryerson "in the context of a summary judgment motion addressing application of Mexican law." (Doc. 166.) The motion for summary judgment has since been denied, and the Court did not reference Ryerson's opinion or even address the subject matter on which he purports to be an expert. (Doc. 181.) For the time being, the expert witness report's adequacy is a non-issue. The motion to strike (doc. 161)

is therefore **DENIED** as moot. Should DSF intend to rely upon Ryerson at trial, BML may re-raise the matter at that time.

**SO ORDERED** this  18th  day of July, 2011.

_/s/ JR Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA